UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

HANESBRANDS INC. and HBI BRANDED APPAREL
ENTERPRISES, LLC,

                                            Plaintiff(s)

-against-

MAXIMA APPAREL CORP., MAXIMA E-COMMERCE
HOLDINGS LLC, MAXIMA GLOBAL HOLDINGS LLC,
and HUDSON OUTERWEAR INC.,

                                             Defendant(s)

**AFFIDAVIT OF SERVICE** (PAC)
Civil Action No. 18-cv-1344

---

STATE OF NEW YORK
COUNTY OF ALBANY  SS:

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is a resident of New York State and is not a party to this action.

That on the 16th day of February, 2018, at approximately the time of 11:00 a.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action, Complaint, Individual Practices of Magistrate Judge Stewart D. Aaron, Individual Practices of Judge Paul A. Crotty, U.S.D.J. and Electronic Case Filing Rules and Instructions, upon **MAXIMA E-COMMERCE HOLDINGS LLC.,** by delivering to and leaving with Sue Zouky an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 303 of the Limited Liability Company Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Sue Zouky is a white female, approximately 60 years of age, stands approximately 5 feet tall, weights approximately 110 pounds with brown hair.

                                                                   Denise L. Dooley

Sworn to before me
this 16th day of February 2018.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2018

```
                    State of New York - Department of State
                              Receipt for Service
```

Receipt #:  201802160220                         Cash #: 201802160160
Date of Service:  02/16/2018                     Fee Paid: $40 - DRAWDOWN
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
   LIABILITY COMPANY LAW

Party Served:   MAXIMA E-COMMERCE HOLDINGS LLC


Plaintiff/Petitioner:
         HANESBRANDS INC.



Service of Process Address:
THE LIMITED LIABILITY COMPANY
712 STEWART AVENUE
GARDEN CITY, NY 11530

                                                 Secretary of State
                                                 By   SUE ZOUKY