UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

HANESBRANDS INC. and HBI BRANDED APPAREL
ENTERPRISES, LLC,

                                  Plaintiff(s)

-against-

MAXIMA APPAREL CORP., MAXIMA E-COMMERCE
HOLDINGS LLC, MAXIMA GLOBAL HOLDINGS LLC,
and HUDSON OUTERWEAR INC.,

                                  Defendant(s)

**AFFIDAVIT OF SERVICE** (PAC)
Civil Action No. 18-cv-1344

---

STATE OF NEW YORK
COUNTY OF ALBANY  SS:

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is a resident of New York State and is not a party to this action.

That on the 16th day of February, 2018, at approximately the time of 11:00 a.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action, Complaint, Individual Practices of Magistrate Judge Stewart D. Aaron, Individual Practices of Judge Paul A. Crotty, U.S.D.J. and Electronic Case Filing Rules and Instructions, upon **HUDSON OUTERWEAR, INC.,** by delivering to and leaving with Sue Zouky an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 306 of the Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Sue Zouky is a white female, approximately 60 years of age, stands approximately 5 feet tall, weights approximately 110 pounds with brown hair.

                                                                 Denise L. Dooley

Sworn to before me
this 16th day of February, 2018.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2018

State of New York - Department of State
Receipt for Service

Receipt #:  201802160215
Date of Service:  02/16/2018
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Cash #:  201802160155
Fee Paid:  $40 - DRAWDOWN

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served:  HUDSON OUTERWEAR, INC.

Plaintiff/Petitioner:
       HANESBRANDS INC.

Service of Process Address:
HUDSON OUTERWEAR, INC.
75 CLIFF ST
HASTINGS ON HUDSON, NY 10706

Secretary of State
By   SUE ZOUKY