UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
HANESBRANDS INC. and HBI BRANDED : Civil Action No. 1:18-cv-01344 (PAC)
APPAREL ENTERPRISES, LLC,
:
                    Plaintiff, : **NOTICE OF APPEARANCE**

  -against- :

MAXIMA APPAREL CORP., MAXIMA :
ECOMMERCE HOLDINGS LLC, MAXIMA
GLOBAL HOLDINGS LLC and HUDSON :
OUTERWEAR INC.,

                    Defendant.
------------------------------------------------------------------ x

      PLEASE TAKE NOTICE that the undersigned attorney, Kieran G. Doyle, of Cowan, Liebowitz & Latman, P.C., enters his appearance in the above-captioned matter as counsel for Defendants Maxima Apparel Corp., Maxima Ecommerce Holdings LLC, Maxima Global Holdings LLC, and Hudson Outerwear Inc., and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: March 6, 2018

                                            Respectfully submitted,

                                            COWAN, LIEBOWITZ & LATMAN, P.C.

                                            By: _____
                                                   Kieran G. Doyle
                                           114 West 47th Street
                                           New York, New York 10036
                                           (212) 790-9200
                                           kgd@cll.com

                                           *Attorney for Maxima Apparel Corp., Maxima*
                                           *Ecommerce Holdings LLC, Maxima Global*
                                           *Holdings LLC, and Hudson Outerwear Inc.*