UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HANESBRANDS INC. and HBI BRANDED
APPAREL ENTERPRISES, LLC,

                Plaintiff,

-against-

MAXIMA APPAREL CORP., MAXIMA
ECOMMERCE HOLDINGS LLC, MAXIMA
GLOBAL HOLDINGS LLC, and HUDSON
OUTERWEAR INC.,

                Defendants.

------------------------------------------------------------X

1:18-cv-01344 (PAC)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the time for defendants Maxima Apparel Corp., Maxima E-Commerce Holdings LLC, Maxima Global Holdings LLC, and Hudson Outerwear Inc. to answer the Complaint or otherwise move is extended from March 9, 2018 up to and including April 8, 2018. This is the first such extension requested by the parties.

Dated:   March 5, 2018
            New York, New York

| | |
|---|---|
| COWAN, LIEBOWITZ & LATMAN, P.C.<br>Attorneys for Plaintiff | KILPATRICK TOWNSEND & STOCKTON LLP<br>Attorneys for Defendants |
| By_____<br>Kieran G. Doyle (KD 2940)<br>114 West 47th Street<br>New York, New York 10036<br>(212) 790-9200 | By_____<br>Lisa Pearson (LP4916)<br>1114 Avenue of the Americas<br>New York, New York 10036<br>(212) 775-8725 |

SO ORDERED:

_____
U.S.D.J.

21544/029/2409386

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Stipulation was served via e-mail lamiller@kilpatricktownsend.com and mail on March 6, 2018 on the Plaintiffs' counsel of record at the address below:

>Lisa Pearson, Esq.
>Kilpatrick, Townsend & Stockton LLP
>1114 Avenue of the Americas
>New York, New York 10036

Dated: New York, New York
       March 6, 2018

                                                  /Kieran G. Doyle/
                                                  Kieran G. Doyle