UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HANESBRANDS INC. and HBI BRANDED
APPAREL ENTERPRISES, LLC,

      Plaintiff,

  -against-

MAXIMA APPAREL CORP., MAXIMA
ECOMMERCE HOLDINGS LLC, MAXIMA
GLOBAL HOLDINGS LLC, and HUDSON
OUTERWEAR INC.,

      Defendants.

------------------------------------------------------------------X

1:18-cv-01344 (PAC)

**STIPULATION**

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the time for defendants Maxima Apparel Corp., Maxima E-Commerce Holdings LLC, Maxima Global Holdings LLC, and Hudson Outerwear Inc. to answer the Complaint or otherwise move is extended from March 9, 2018 up to and including April 8, 2018. This is the first such extension requested by the parties.

Dated: March 5, 2018
    New York, New York

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Plaintiff

By_____
 Kieran G. Doyle (KD 2940)
114 West 47th Street
New York, New York 10036
(212) 790-9200

KILPATRICK TOWNSEND & STOCKTON LLP

Attorneys for Defendants

By_____
 Lisa Pearson (LP4916)
1114 Avenue of the Americas
New York, New York 10036
(212) 775-8725

SO ORDERED:

_____ 3/8/2018
U.S.D.J.

21544/029/2409386

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/18