UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

HANESBRANDS INC. and HBI BRANDED
APPAREL ENTERPRISES, LLC,

                Plaintiff,

     -against-

MAXIMA APPAREL CORP., MAXIMA
ECOMMERCE HOLDINGS LLC, MAXIMA
GLOBAL HOLDINGS LLC, and HUDSON
OUTERWEAR INC.,

                Defendants.

------------------------------------------------------------------ x

1:18-cv-01344 (PAC)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the time for defendants Maxima Apparel Corp., Maxima E-Commerce Holdings LLC, Maxima Global Holdings LLC, and Hudson Outerwear Inc. to answer the Complaint or otherwise move is extended from April 8, 2018 up to and including May 8, 2018. This is the second such extension requested by the parties. Since the last request for an extension, the parties have completed negotiating the terms for settlement and are finalizing a settlement agreement they plan to circulate for execution in the next few days. Once the agreement is executed, up to fifteen days will be required before the plaintiff would file a Voluntary Dismissal

of this action.

Dated: April 4, 2018
New York, New York

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Plaintiff

By _____
Kieran G. Doyle (KD 2940)
114 West 47th Street
New York, New York 10036
(212) 790-9200

KILPATRICK TOWNSEND & STOCKTON LLP

Attorneys for Defendants

By _____
Lisa Pearson (LP4916)
1114 Avenue of the Americas
New York, New York 10036
(212) 775-8725

SO ORDERED:

_____
U.S.D.J.