UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

HANESBRANDS INC. and HBI BRANDED
APPAREL ENTERPRISES, LLC,

          Plaintiff,

-against-

MAXIMA APPAREL CORP., MAXIMA
ECOMMERCE HOLDINGS LLC, MAXIMA
GLOBAL HOLDINGS LLC, and HUDSON
OUTERWEAR INC.,

          Defendants.

-----------------------------------------------------------------x

1:18-cv-01344 (PAC)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against all defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 2, 2018
       New York, New York

| KILPATRICK TOWNSEND & STOCKTON LLP<br>Attorneys for Plaintiffs | COWAN, LIEBOWITZ & LATMAN, P.C.<br>Attorneys for Defendants |
|---|---|
| By _/s/ Lisa Pearson_<br>Lisa Pearson (LP4916) | By _/s/ Kieran G. Doyle_ 5/1/18<br>Kieran G. Doyle (KD 2940) |
| 1114 Avenue of the Americas<br>New York, New York 10036<br>(212) 775-8725 | 114 West 47th Street<br>New York, New York 10036<br>(212) 790-9200 |