AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of New York on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>18-cv-01344-PAC | DATE FILED<br>2/14/2018 | U.S. DISTRICT COURT<br>Southern District of New York | |
|---|---|---|---|
| PLAINTIFF<br>Hanesbrands Inc., et al., | | DEFENDANT<br>Maxima Apparel Corp., et al., | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  See Attached Sheet | | See Attached Sheet | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  See Attached Sheet | | See Attached Sheet | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| COPY ATTACHED: Stipulation of Voluntary Dismissal and Trademark Information |

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>5/3/2018 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

HANESBRANDS INC. and HBI BRANDED          :
APPAREL ENTERPRISES, LLC,
                                          :
            Plaintiff,                        1:18-cv-01344 (PAC)
                                          :
    -against-                                 **STIPULATION OF**
                                          :   **VOLUNTARY DISMISSAL**
MAXIMA APPAREL CORP., MAXIMA                  **PURSUANT TO F.R.C.P.**
ECOMMERCE HOLDINGS LLC, MAXIMA            :   **41(a)(1)(A)(ii)**
GLOBAL HOLDINGS LLC, and HUDSON
OUTERWEAR INC.,                           :

            Defendants.

------------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against all defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:  May 2, 2018
        New York, New York

| KILPATRICK TOWNSEND & STOCKTON LLP | COWAN, LIEBOWITZ & LATMAN, P.C. |
| --- | --- |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| By /s/ Lisa Pearson | By /s/ Kieran G. Doyle  5/1/18 |
| Lisa Pearson (LP4916) | Kieran G. Doyle (KD 2940) |
| 1114 Avenue of the Americas | 114 West 47th Street |
| New York, New York 10036 | New York, New York 10036 |
| (212) 775-8725 | (212) 790-9200 |

# EXHIBIT A

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 4800690 | 25-AUG-2015 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 3000691 | 27-SEP-2005 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 2004276 | 01-OCT-1996 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 1915092 | 29-AUG-1995 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 1860938 | 01-NOV-1994 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 1819014 | 01-FEB-1994 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 1828930 | 29-MAR-1994 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 1775283 | 08-JUN-1993 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 1756925 | 09-MAR-1993 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 1323337 | 05-MAR-1985 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 5228463 | 20-JUN-2017 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 5241807 | 11-JUL-2017 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 4791661 | 11-AUG-2015 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 4550216 | 17-JUN-2014 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 3668955 | 18-AUG-2009 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 2923145 | 01-FEB-2005 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 2049566 | 01-APR-1997 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 1827538 | 22-MAR-1994 | HBI BRANDED APPAREL ENTERPRISES, LLC |

# **EXHIBIT A**

|         |             |                                       |
| ------- | ----------- | ------------------------------------- |
| 1566064 | 14-NOV-1989 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 1463681 | 03-NOV-1987 | HBI BRANDED APPAREL ENTERPRISES, LLC |
| 1127251 | 04-DEC-1979 | HBI BRANDED APPAREL ENTERPRISES, LLC |